IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-06239 (SEK) |
|---|---|
| MARIA DEL P. FIGUEROA  Debtor | CHAPTER 13 |

RESPONSE TO DEBTOR'S OBJECTION TO CLAIM #4-1

TO THE HONORABLE COURT:

**NOW COMES** Scotiabank de Puerto Rico, (Scotibank), through counsel, and most respectfully **STATES** and **PRAYS:**

1. On or about October 14, 2010, Debtor filed an objection to the claim filed by appearing party.

2. In summary Debtor objects $90.00 worth of inspections plus legal fees for a total amount $2,500.00.

3. Relative the inspections we are submitting evidence of all inspections fees at $15.00 for a total amount of $60.00 which reflects a reduction of the amount claimed and the proof

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@pttc.net

of claim will be amended accordingly. See Exhibit "A".

4. Relative to the legal fees they correspond to: legal fees for bankruptcy case 09-10544 $600.00, legal fees relative to this bankruptcy $640.00, fees relative to filing of foreclosure action as per Exhibit "B" $1,315.50 for a total of $2,555.50 as claimed in the proof of claim.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED, and accordingly objection to claim number 4-1 be denied because we have provided sufficient evidence in support of claim, with such further relief as is deemed appropriate under the circumstances.

**I CERTIFY,** that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Jose M. Prieto Carballo; Mr.**

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

*Alejandro Oliveras Rivera;* and **Ms. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this \_\_\_\_\_, day of November, 2010.

Wallace Vazquez Sanabria-125101
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: walvaz@prtc.net

Wallace Vazquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

```
                    R-G Mortgage Corporation              200
            Property Inspection Report Request - Collections Department

    January 2, 2009


    R-G Number    : 1387169
    Due Date      : 11/01/2008   Amount Due:  1,272.60         0518

    Mortgagors    : MARIA D FIGUEROA-CABALLERO
                    URB EL PLANTIO

    Address       : CALLE ICACO A 165-D
                    TOA BAJA PR 00949


    Property   :   165 ICACO URB.EL PLANTIO
    Address        TOA BAJA, PR 00949


    Phone      :   787-251-6809    787-597-4704
    ****************************************************************
    Occupancy Status:/ /Borrower     / /Vacant     / /Rented
                     / /Adverse      /√/Unable     / /New Owner

    Occupancy Comments: _____

    Contact:  / /Yes   /√/No     Letter Left:  / /Yes  /√/No

    Person Interviewed  :   Off. Perez

    Reason for Delinquency:   no autorizo el acceso.
    _____

    Proposal to bring account current: _____
    ****************************************************************
    Property Conditions : / /Poor    / /Fair      / /Good

    Property Description : / /Duplex  / /Two Levels  / /One Level
    _____


    Date of Inspection  :   11/9/09
    Hour                     2:23
    Inspector Name          Javier Eyda

    / / Inspection was not possible
    / / Gate Community  /√/ Security Officer  / / Verify Address


    Mortgager's Signature: _____
```







R-G Mortgage Corporation 200
Property Inspection Report Request - Collections Department

March 3, 2009

0555

R-G Number : 1387169
Due Date : 01/01/2009 Amount Due: 1,313.00

Mortgagors : MARIA D FIGUEROA-CABALLERO
URB EL PLANTIO

Address : CALLE ICACO A 165-D
TOA BAJA PR 00949

Property : 165 ICACO URB.EL PLANTIO
Address TOA BAJA, PR 00949

Phone : 787-251-6909   787-597-4704

*******************************************************

Occupancy Status: / /Borrower    / /Vacant    / /Rented
                  / /Adverse     /✓/Unable    / /New Owner

Occupancy Comments: _____

Contact: / /Yes /✓/No    Letter Left: / /Yes /✓/No

Person Interviewed : OFF. ORTIZ

Reason for Delinquency: No autorizo el acceso

Proposal to bring account current: _____
*******************************************************

Property Conditions : / /Poor  / /Fair  / /Good

Property Description : / /Duplex  / /Two Levels  / /One Level

_____

Date of Inspection : 11/3/09
Hour : 1:17
Inspector Name : _____

/ / Inspection was not possible
/ / Gate Community / ✓ Security Officer  / / Verify Address

Mortgagor's Signature: _____







R-G Mortgage Corporation
Property Inspection Report Request - Collections Department    200 *corregido oy.*

April 2, 2009

0378

```
R-G Number     : 1387169
Due Date       : 02/01/2009   Amount Due:  1,333.20

Mortgagors     : MARIA D FIGUEROA-CABALLERO
                 URB EL PLANTIO

Address        : CALLE ICACO A 165-D
                 TOA BAJA PR 00949


Property   :   165 ICACO URB.EL PLANTIO
Address        TOA BAJA, PR 00949


Phone      :   787-251-6809    787-597-4704
```

*******************************************************

Occupancy Status:/  /Borrower      /  /Vacant      /  /Rented
                 /  /Adverse       / ✓/Unable      /  /New Owner

Occupancy Comments: _____

Contact:  /  /Yes   / ✓/No        Letter Left:  /  /Yes  / ✓/No

Person Interviewed      : _____

Reason for Delinquency: *Prop ubicada en control de Acceso, gdia de seg. no dejo pasar*

Proposal to bring account current: _____
*******************************************************

Property Conditions  :  /  /Poor     /  /Fair       /  /Good

Property Description :  /  /Duplex    / ✓/Two Levels  /  /One Level

_____

Date of Inspection   :  3/21/09
Hour                 :
Inspector Name       :  Jesus E ___

/  / Inspection was not possible
/ ✓/ Gate Community  /  / Security Officer  /  / Verify Address


Mortgagor's Signature: _____



# R&G MORTGAGE CORPORATION
## INSPECTION REPORT

0746

LOAN NO. 0001387169

Name: MARIA D FIGUEROA CABALLERO

Property Address: 165 ICACO
URB. EL PLANTIO

TOA BAJA 00949

Loan Type: CONV  Ref No.

Inspector:
Investor: 036  R-G PREMIER
Lawyer: 027  VAZQUEZ VIZCARRONDO

Contested

Last Legal Action: 05/29/2009  RefRev

| Date | | | Property | | Remarks |
|---|---|---|---|---|---|
| Month | Day | Year | Status | Condition | |
| 7 | 17 | 09 | Occupied by Owner ✓ | Excellent | Prop. blanco y peach clar. Trauesaños dopey 2 nieces pertenir el cristal. 12:51 |
| | | | Occupied by Tenant | Good ✓ | |
| | | | Vacant | Regular | |
| | | | Abandoned | Poor | |
| | | | Unknown | | |

Inspected by: Jesus E Pdz



17/07/2009 12:52

LAW OFFICES

## VAZQUEZ & VIZCARRONDO LLP

P.O. BOX 195389, SAN JUAN
PUERTO RICO, 00919-5389

TELEPHONE: (787) 758-6695
FAX: (787) 751-1038
758-7818

#142

4 de marzo de 2010

R& #:1387169
R&G PREMIER BANK OF PUERTO RICO

ETAPA- ORDEN & MAND. EJEC. DE SENTENCIA      FILE NO. 4343-1636
QUIEBRA

**HONORARIOS PROFESIONALES** por la tramitación del caso contra **MARIA D. FELICIANO CABALERO**, sobre Ejecución de Hipoteca por la Vía Ordinaria. Tribunal Superior de Puerto Rico, Sala de Toa Alta.                               $   650.00

### DESEMBOLSOS

| | |
|---|---:|
| Radicación Demanda............................................... | 41.00 |
| Certificar Demanda.................................................. | 2.50 |
| Emplazamientos...................................................... | 75.00 |
| Comprobante Anotación Aviso Demanda Registro... | 14.50 |
| Comprobante Cancelación Aviso Demanda Registro... | 14.50 |
| Presentar Anotación Aviso Demanda Registro y -------- | |
| Presentar Cancelación Aviso Demanda Registro y...... | |
| Certificar Orden y Mand. Can. Aviso Demanda........ | 100.00 |
| Declaración Jurada R&G Deuda............................... | 20.00 |
| Certificación Registral.............................................. | 25.00 |
| Sellos Mociones...................................................... | 18.00 |
| Sellos Correo.......................................................... | 25.00 |
| Copias Xerox.......................................................... | 20.00 |
| Estudio de Título..................................................... | 60.00 |
| | $   415.50 |
| TOTAL.................................................... | $ 1,065.50 |

RBB