## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-06239   (SEK) |
|---|---|
| MARIA DEL P. FIGUEROA  Debtor | CHAPTER 13 |

### RESPONSE TO DEBTOR'S OBJECTION TO CLAIM #5-1

*TO THE HONORABLE COURT:*

*NOW COMES* Scotiabank de Puerto Rico, (Scotibank), through counsel, and most respectfully **STATES** and **PRAYS:**

1. *On or about October 14, 2010, Debtor filed an objection to the claim filed by appearing party.*

2. *In summary Debtor objects $90.00 worth of inspections plus legal fees for a total amount $2,500.00.*

3. *Relative to the inspections they were eliminated which resulted in an amendment to claim.*

4. *Relative to the legal fees they correspond to: legal fees for bankruptcy case 09-10544*

*Wallace Vázquez Sanabria*

Counselor at Law
17 Mexico Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

$600.00, legal fees relative to this bankruptcy $650.00, fees relative to filing of foreclosure action as per Exhibit "B" $761.00 for a total of $2,011.00 as per claimed.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED, and accordingly objection to claim number 5-1 be denied because we have provided sufficient evidence in support of claim, with such further relief as is deemed appropriate under the circumstances.

**I CERTIFY**, that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Jose M. Prieto Carballo; Mr. Alejandro Oliveras Rivera;** and **Ms. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this __16__ , day of November, 2010.

Wallace Vazquez Sanabria-125101
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: walvaz@prtc.net

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net